IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-cv-1748<br>MDL No. 2545<br>Hon. Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO:<br><br>Bryan G. Stuebner<br>Case No. 1:16-cv-10287<br>v.<br><br>AbbVie Inc., et al. | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED, by and between all parties who have appeared, that the above-captioned action is voluntarily dismissed, with prejudice, against Endo Pharmaceuticals, Inc., Auxilium Pharmaceuticals, LLC (*f/k/a Auxilium Pharmaceuticals, Inc.*), and GlaxoSmithKline LLC only, pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own costs. Other defendants remain in this action, and plaintiffs will continue to pursue their action against them.


*/s/ David C. DeGreeff*
David C. DeGreeff
Wagstaff & Cartmell, LLP
4740 Grand Avenue
Suite 300
Kansas City , MO   64112
816 701-1100
*Attorneys for Plaintiff*

*/s/ Andrew K. Solow*
Andrew Keith Solow
Arnold & Porter LLP
250 West 55th Street
New York, NY 10019-9710
(212) 836-7740
Email: andrew.solow@arnoldporter.com

*Counsel for Endo Pharmaceuticals, Inc., Auxilium Pharmaceuticals, LLC, and GlaxoSmithKline LLC.*

*/s/ Katherine Unger Davis*
Katherine Unger Davis
Dechert LLP
2929 Arch Street
Cira Centre
Philadelphia, PA 19104-2808
(215) 994-2015
Email: katherine.davis@dechert.com
*Counsel for Abbvie Inc., Abbot Laboratories,*
*And Unimed Pharmaceuticals, LLC.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2018, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                              */s/ Andrew Solow*
                                              Andrew Solow